IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| MITSUBISHI MOTORS CREDIT OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL M. GIBSON; SUSAN E. BEASLEY, AS TRUSTEE OF THE SUSAN E. BEASLEY REVOCABLE TRUST; and THE SUSAN E. BEASLEY REVOCABLE TRUST, <br><br> Defendants. | Case No. 7:09-603-JMC <br><br> **STIPULATION OF DISMISSAL AS TO DEFENDANTS SUSAN E. BEASLEY, AS TRUSTEE OF THE SUSAN E. BEASLEY REVOCABLE TRUST AND THE SUSAN E. BEASLEY REVOCABLE TRUST** |

COME NOW the Plaintiff Mitsubishi Motors Credit of America, Inc., by and through its undersigned attorney, and Defendants Susan E. Beasley, as Trustee of the Susan E. Beasley Revocable Trust and The Susan E. Beasley Revocable Trust, by and through their undersigned attorney, and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), files this Stipulation of Dismissal as to Count III of the Complaint.  Each Party agrees to bear its own costs, attorney's fees and expenses.  The Parties also request that the Court retain jurisdiction, in accordance with Kokkonen v. Guardian, 511 U.S. 375 (1994) to enforce the terms of the Parties' settlement.

**WE SO STIPULATE:**

*/s/ John W. Foster*
John W. Foster
District Court I.D. No.: 2087
Attorney for Plaintiff Mitsubishi Motors Credit
of America, Inc.

*/s/ A. Todd Darwin*
A. Todd Darwin
District Court I.D. No.: 6382
Attorney for Defendants Susan E. Beasley,
as Trustee of the Susan E. Beasley
Revocable Trust and
The Susan E. Beasley Revocable Trust